UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

JESSE WYNGAARD,
on behalf of himself and
all others similarly situated,

Case No. 19-CV-0493

Plaintiff,

v.

WOODMAN'S FOOD MARKET, INC.

Defendant.

---

MARY HUNTER and
JACLYN BEEGUN
on behalf of themselves and
all others similarly situated,

Case No. 21-CV-0094

Plaintiffs,

v.

WOODMAN'S FOOD MARKET, INC.

Defendant.

---

TERRY ROBERTSON and
RAY BARNES,
on behalf of themselves and
all others similarly situated,

Case No. 22-CV-0207

Plaintiffs,

v.

WOODMAN'S FOOD MARKET, INC.

Defendant.

**DEFENDANT WOODMAN'S FOOD MARKET, INC.'S
NOTICE OF FILING OF MOTION IN RELATED CASE**

PLEASE TAKE NOTICE that Defendant, Woodman's Food Market, Inc., has moved the United States District Court for the Eastern District of Wisconsin in Case No. 19-CV-0493 under 28 U.S.C. § 1292(b) for an order certifying the Court's Order Granting in Part and Denying in Part Summary Judgment (Dkt. No. 398) for interlocutory appeal.

The motion is supported by the papers and pleadings on file herein and the accompanying memorandum in support of the motion.

Dated this 4th day of November, 2026.


HUSCH BLACKWELL LLP

/s/ *Geoffrey S. Trotier*

Geoffrey S. Trotier, WI State Bar No. 1047083
Erik K. Eisenmann, WI State Bar No. 1081410
511 North Broadway, Suite 1100
Milwaukee, Wisconsin 53202
Telephone: 414.273.2100
Fax: 414.223.5000
Email:geoff.trotier@huschblackwell.com
Email: erik.eisenmann@huschblackwell.com

Cooper Page, TX State Bar No. 24119728
1900 North Pearl Street, Suite 1800
Dallas, TX 75201
Telephone: 214.999.6100
Fax: 214.999.6170
Email: cooper.page@huschblackwell.com

Attorneys for Defendant Woodman's Food Market, Inc.